

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–17919 – LSS**   Chapter: **13**

**Daunett Theresa Samuda**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO PAY ALL REQUIRED COURT FEES OR CHARGES
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

An Order on Application to Pay in Installments and Directing Debtor to Pay Filing Fee was entered in this case on June 12, 2017 at docket entry No. 9, directing the Debtor to pay the filing fee of $310.00 in full within fourteen (14) days of the entry of the Order. Debtor(s) has/have not paid the overdue court fees or charges. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is DISMISSED; and it is further

ORDERED, that after charging the Trustee's allowed expenses, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $ 310.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Timothy P. Branigan

### End of Order

15x29 (rev. 03/25/2016) – rhegerle